IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
JUL 30 2021
Clerk, U.S. District Court
By: _____ Deputy Clerk

Gabriel M. Robles & )
)
Bonnie Robles, )
)
_____ )
(Enter above the full name of the Plaintiff(s) )
)
vs. )  Case Number 5:21-cv-4047-JAR-ADM
)
United States et., al. )
Name )
950 Penn., Ave., N.W. )
Street and number )
Washington, D.C. 20530-0001 )
City    State    ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.  Name of plaintiff  Gabriel M. Robles & Bonnie Robles.

Address  1243 SW Western Avenue, Apt. B-18

Topeka, Kansas. 66604

1

**Defendant's:**

State of Kansas: Attorney General Derek Schmidt. Memorial Hall
120 SW 10th Street (2nd Fl.)
Topeka, Kansas. 66612

City of Topeka: Mayor Michelle De La Isla, City Atty., Lisa Robertson
215 SE 7th Street
Topeka, Kansas. 66603.

Shawnee County Kansas: Attorney General Mike Kagay
200 SE 7th Street
Topeka, Kansas. 66603

Secretary of Veterans Affairs: Mr. Dennis McDonough
810 Vermont Avenue N.W.
Washington, DC. 20420.

ABC News & local affiliate: 6835 NW Highway 24, Topeka, KS. 66618

NBC News & local affiliate: 6835 NW Highway 24, Topeka, KS. 66618

FOX News & local affiliate: 6835 NW Hwy., 24, Topeka, KS. 66618

CBS News & local affiliate: 631 SW Commerce Place
Topeka, KS. 66615

Topeka Capital-Journal and Parent Company: c/o 100 SE 9th Street,
Suite 200, Topeka, KS. 66612.

Kansas City Star and the McClatchy Company: 1601 McGee Street,
Kansas City, Missouri. 64108.

John Weichman, Midwest Housing Equity Group, Herman & Kittle Property Managment Company and Paradise Plaza: c/o 1110 SE Powell Street, Topeka, KS. 66607.

University of Kansas Health System, St. Francis Campus.
1700 SW 7th Street, Topeka, Kansas. 66606.

1a.

**Defendant's:** (1b. Con't from page 1.)

Scott Harris: 1 First Street N.E. , Washington, D.C. 20543.

Jeff Adkins: 1 First Street N.E., Washington, D.C. 20543.

Mike Duggan: 1 First Street N.E., Washington, D.C. 20543.

Dr. Burton, Second Chance Services: 501 SE Jefferson Street Suite 32. Topeka, Kansas 66607.

Corrie Wright: Shelter Plus Care, 215 SE 7th St., Topeka, Kansas. 66603

Kansas Aging and Disability Services: 120 SW 10th Street (2nd Fl.) Topeka, Kansas. 66612.

Brian D. Griffin, Christina L. Gregg, Joseph H. Hunt, Robert E. Kirschman, Jr., L. Misha Preheim, and Kara M. Westercamp. Commercial Litigation Branch, Civil Division, DOJ, P.O. Box 480, Washington, D.C. 20044.

Chief Executive Officer: Experian, 955 American Lane, Schaumburg, IL. 60173.

Chief Executive Officer: Transunion, P.O. Box 2000. Chester, PA. 19016.

Chief Executive Officer: Equifax, (address only by internet)

Chief Executive Officer: Consumer Cellular. 12447 SW 69th Avenue, Portland, OR. 97223

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants). **

B.  Defendant **United States of America** is

employed at **Solicitor General of the United States**

**950 Pennsylvania Ave., N.W. Washington, D.C. 20530**

C.  Additional Defendants **Louis Dejoy, Postmaster General.**

**Congress of the United States. Representatives of**

**Citizens of the United States.,...** ** (See: **1a, & 1b of**

**this document for "additional defendants".**)

II.  Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1.  Plaintiff is a citizen of the State of __Kansas__.

2.  The first-named defendant above is either
    a.  a citizen of the State of __District of Columbia__; or
    b.  a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
    a.  a citizen of the State of _____; or
    b.  a corporation incorporated under the laws of the State of __Kansas__ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

( Page 2a II. Jurisdiction)

3. **The** third named defendant is a citizen of the State of Kansas.

   Fourth named defendant is a citizen of the State of Kansas.

   Fifth named defendant is a citizen of the State of Kansas.

   Sixth-named defendant is a citizen of District of Columbia.

   Seventh-named defendant is a corporation incorporated under the laws of the State of Kansas but citizen of New York.

   Eighth-named defendant is a corporation incorporated under the laws of the State of Kansas but citizen of another State.

   Ninth-named defendant is a corporation incorporated under the laws of the State of Kansas but is a citizen of another State.

   Tenth-named defendant is a corporation incorporated under the laws of the State of Kansas but is a citizen of another State.

   Eleventh-named defendant is a corporation incorporated under the laws of the State of Kansas but citizen of another State.

   Twelfth-named defendant is a corporation incorporated under the laws of the State of Kansas but a citizen of another State

   Thirteenth-named defendant is a corporation incorporated under the laws of the State of Kansas but citizen of another State.

   Fourteenth-named defendant is a corporation incorporated under the laws of the State of Kansas but a citizen of another State

   Fifteenth-named defendant is a citizen of the State of Kansas.

   Sixteenth-named defendant is a citizen of another state.

   Seventeenth-named defendant is a citizen of another state.

   Eighteenth-named defendant is a citizen of another state.

   Nineteenth-named defendant is a citizen of Kansas.

   Twentieth-named defendant is a citizen of Kansas.

   Twentyfirst-named defendant is a citizen of Kansas.

   Twentysecond to Twentyseven-named defendants are citizens of another state.

Twentyeigth-named defendant is a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiffs are citizens.

Twentynineth-named defendant is a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiffs are citizens.

Thirtieth-named defendant is a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiffs are citizens.

Thirtyfirst-named defendant is a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiffs are citizens.

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

[X] 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article __1.__, Section __9__; Statute, US Code, Title __42__, Section __1981.-6__.

[X] 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

[X] 3. Other grounds (specify and state any statute which gives rise to such grounds):

```
Fed. R. Civ. P. 26(c) Protection from
"annoyance," "oppression," "undue burden
or expense[.]". Age: 42 U.S.C. 6103.
ADA 1990: (P.L. 101-336). Delay/refuse
```
Depraved/deliberate indiff.,medical care: 511 U.S. 825(U.S. 1994)

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

```
Each and every defendant listed in this lawsuit has and
is violating the Plaintiffs Constitutional rights at will
knowing with malice aforethought, the Courts will ignore
Fed. R. Civ. P. 26(c) and cause the Plaintiffs undue
burden and expense by preventing protection from Courts.
```

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.) **Immediate issuance of Kansas drivers license**

<u>to Plaintiff Gabriel M. Robles based on medical emergency situation caused by defendants actions.</u>
$10, 000,000.00 (10 million dollars) for causing permanent disability, slander and libel against Plaintiff Gabriel M. Robles. And causing Plaintiff Bonnie Robles a heart attack.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]  No [ ]  Based on past cases the Plaintiffs are aware this question is baseless and **prententious!**

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [X]  No [ ]

VII. Do you claim punitive monetary damages?  Yes [X]  No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

$500,000.00 actual and $500,000.00 punitive for Mr. Robles. $9,000,000.00 for actual and punitive for Bonnie Robles.

Judicial authorities allowed perjury and slander to prevent Mr. Robles from his lawful disability benefits. Judicial authorities allow medical malpractice resulting in great physical injury "under color of law" and hide these acts by preventing juries from hearing and ruling on evidence. The defendants **knew** or **should have known** through court records since **2013** to the **administrative requirement of filing an "Appeal in Writing"** dated **September 9, 2020,** and **August 18, 2020,** that they had been served warning they could be sued for **unlawful** and **unethical** conduct. <u>Defendants have declined to defend the "Appeal in Writing".</u> Damages should be awarded to Plaintiffs forthwith based on 1. <u>Implied Waiver.</u>  2. <u>Implied Contract.</u>  3. <u>Estoppel by Laches.</u>

4

VIII. Administrative Procedures:

    A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes [X]   No [ ]

    B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

August 18, 2020. FedEx. No response by defendant or their counsel.  September 9, 2020. USPS. No response by defendant or their counsel.

    C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

[X] This cause, or a substantially equivalent complaint, was previously filed in this court as case number **15-4864-KHV** and assigned to the Honorable Judge **Kathryn H. Vratil**.

[ ] Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Bonnie Robles*

Signature of Plaintiff
Bonnie Robles
Gabriel M. Robles.

Name (Print or Type)
1243 SW Western Ave., B-18
Topeka, Kansas. 66604

Address

5

Topeka, KS. 66604.
City    State    Zip Code

(785)224-8195
Telephone Number

## ** DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☐ Kansas City, or [X] Topeka}, Kansas as the
(Select One)
location for the trial in this matter.

*Bonnie Robles*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { [X] Yes or ☐ No }
(Select One)

*Bonnie Robles*
Signature of Plaintiff

Dated: **July 21, 2021.**
(Rev. 10/15)

---

** Due to Plaintiffs poverty and ill health, a request for **change of venue** will not be requested regardless that the **facts in evidence** for the Plaintiffs are **inextricably intertwined to** this Court. Based on court bias and past and present **ideological** rulings (ie: **illegal workers**) the Plaintiffs understand their rights being upheld in this court will be **ostensibly improvident.**

6